UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BARRY R. BARD, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br><br> Commissioner of Social Security, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   1:12-CV-0022-NT <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision filed September 28, 2012, the Recommended Decision is affirmed.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby <u>ADOPTED</u>. The Commissioner's final decision is <u>AFFIRMED</u> and judgment is entered in favor of the Commissioner.

<u>/s/ Nancy Torresen</u>
United States District Judge

Dated this 23rd day of October, 2012.